No. 373, Misc.   WILLIAMS v. SCHNECKLOTH, SUPERIN-
TENDENT, WASHINGTON STATE PENITENTIARY;
   No. 403, Misc.   EX PARTE JONES;
   No. 404, Misc.   WILLIAMS v. RAGEN, WARDEN;
   No. 414, Misc.   EX PARTE JACKSON;
   No. 423, Misc.   EX PARTE EMANUEL;
   No. 431, Misc.   HANNON v. WARDEN, MISSOURI STATE
PENITENTIARY;
   No. 436, Misc.   CHAPMAN v. ALVIS, WARDEN;
   No. 438, Misc.   LEWIS v. LOONEY, WARDEN;
   No. 452, Misc.   FRANKLIN v. INDIANA;
   No. 453, Misc.   PALMER v. LOONEY, WARDEN;
   No. 456, Misc.   McCALL v. NORTH CAROLINA;
   No. 501, Misc.   HARRELL v. HAGERMAN, WARDEN;
   No. 521, Misc.   CAMERON v. GLADDEN, WARDEN; and
   No. 524, Misc.   TURMEL v. ROBBINS, WARDEN, ET AL.
Motions for leave to file petitions for writs of habeas
corpus denied.

No. 450, Misc.   MEEKS v. WIMMER ET AL.   Motion
for leave to file petition for writ of certiorari denied.

No. 638.   BYRD v. BLUE RIDGE RURAL ELECTRIC
COOPERATIVE, INC.   C. A. 4th Cir.   Certiorari granted.
*Henry Hammer* and *Henry H. Edens* for petitioner.
*Wesley M. Walker* for respondent.

No. 672.   NATIONAL LABOR RELATIONS BOARD v. DIS-
TRICT 50, UNITED MINE WORKERS OF AMERICA, ET AL.
United States Court of Appeals for the District of Colum-
bia Circuit.   Certiorari granted.   *Solicitor General Ran-
kin, Theophil C. Kammholz, Stephen Leonard, Dominick
L. Manoli* and *Frederick U. Reel* for petitioner.   *Cramp-*